UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TERRY LEE CLIFTON,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **BETTYE PATRICK, ET AL.,** | CASE NO: 17-1035-STA-tmp |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Report and Recommendation on Damages, Directing Clerk to Enter Judgment, and Denying Certificate of Appealability entered on June 29, 2018, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/29/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk